IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DALTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENTERPRISE RENT-A-CAR CO OF SAN FRANCISCO, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-02052-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: June 28, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.